ORDER:
Motion granted.
Initial case management conference is RESCHEDULED to October 29, 2013, at 9:30 A.M.

John Bryant,
USMJ

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

TRACY S. GRANT and FTG INVESTMENTS LLC,

Plaintiffs,

v.

FIFTH THIRD BANK,

Defendant.

Docket No. 3:13-cv-00845

Nixon/Bryant

JURY DEMAND

## MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE

Defendant Fifth Third Bank ("Fifth Third") moves the Court for a continuance of the case management conference in this matter, currently scheduled for October 7, 2013, to a mutually agreeable date. In support hereof, counsel advises the Court that he will be out of town the entire week prior to the hearing to arrange and attend his mother's funeral. Available alternate dates for counsel are as follows:

October 15 – all times available
October 16 – 9:00 a.m. or 10:00 a.m.
October 29 – all times available
October 30 – all times available

Counsel for plaintiffs has no objection to the continuance, and the dates indicated above are available on the calendars of counsel for both parties.

Respectfully submitted,

s/ Garry K. Grooms
Garry K. Grooms, #012647
J. Matthew Kroplin, #27363
STITES & HARBISON, PLLC
401 Commerce Street, Suite 800
Nashville, TN 37219
garry.grooms@stites.com
(615) 782-2200 (phone)
*Counsel for Defendant Fifth Third Bank*